John Robert ADAIR, Diljeet Singh Athwal, and John Spencer Emtage, Appellants,

v.

Paul J. CARTER and Leonard G. Presta, Appellees.

No. 2011–1378.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2012.

Doreen Yatko Trujillo, Cozen O'Connor, of Philadelphia, PA, argued for appellants. With her on the brief was Kyle Vos Strache.

Oliver R. Ashe, Jr., Ashe, P.C., of Reston, VA, argued for appellees. Of counsel on the brief were Jeffrey P. Kushan and Rachel H. Townsend, Sidley Austin, LLP, of Washington, DC.

LINN, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*

In re Cynthia Y. ROBINSON, Jeffrey S. Loutit, and Michelle M. Freemer.

No. 2011–1277.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2012.

Kevin M. Flowers, Marshall, Gerstein & Borun LLP, of Chicago, IL, argued for appellants. On the brief were Li–Heien Rin Laures and Shelley C. Danek.

Sydney O. Johnson, Jr. Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief was Raymond T. Chen, Solicitor. Of counsel was Brian T. Racilla, Associate Solicitor.

BRYSON, DYK, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.